No. 492. WILLIAMS ET AL. *v.* MILLER ET AL. February 8, 1943. Petition for rehearing denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. 317 U. S. 599.

No. 903, October Term, 1941. PEYTON *v.* RAILWAY EXPRESS AGENCY, INC. ET AL. February 15, 1943. Third petition for rehearing denied.

No. 268. HARRIS, ADMINISTRATOR, *v.* ZION'S SAVINGS BANK & TRUST CO. February 15, 1943. 317 U. S. 447.

No. 269. BRADY, ADMINISTRATRIX, *v.* ROOSEVELT STEAMSHIP CO., INC. February 15, 1943. 317 U. S. 575.

No. 205. JOHNSTON *v.* MARSHALL, DEPUTY COMMISSIONER, ET AL. March 1, 1943. Petition for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 317 U. S. 629.

No. 173. UNITED STATES EX REL. MARCUS ET AL. *v.* HESS ET AL. March 1, 1943. Petition for rehearing denied. MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 317 U. S. 537.

No. 630. GOLDSMITH *v.* SANFORD, WARDEN. March 1, 1943. Petition for rehearing denied. MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.